# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, T.H. CAMPBELL**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**THOMAS J. POBER**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201500287**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 4 May 2015.
**Military Judge:** Col D.J. Daughtery, USMC.
**Convening Authority:** Commanding General, 3d Marine Logistics Group, Camp Foster, Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Maj M.C. Evans, USMC.
**For Appellant:** Maj Jason Morris, USMCR.
**For Appellee:** LT Robert Miller, JAGC, USN.

**11 February 2016**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge merged Charge V and its specification into the Additional Charge and

its specification, and conditionally dismissed Charge V and its specification

For the Court



R.H. TROIDL
Clerk of Court